UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHELE FENGLER and MARIANNE MEYERS, On Behalf of themselves and all other employees similarly situated,

                                            *Plaintiffs,*

v.

CROUSE HEALTH FOUNDATION INC., et al.,
                                            *Defendants.*

STIPULATION OF VOLUNTARY DISMISSAL

08-CV-1221 (DNH/DEP)

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between the undersigned, that the following individuals hereby discontinue their claims without prejudice, and without costs to either party as against the other.

      Michele Fengler (named plaintiff)
      Deborah Kuryla
      Tricia Barnello

By: _____
Louis Orbach
Joseph Dole
John Gaal
*Attorneys for Defendants*
Bond, Schoeneck & King
One Lincoln Center
Syracuse, NY 13202

By: _____
Sara E. Rook
Patrick Solomon
Michael Lingle
*Attorneys for Plaintiffs*
Thomas & Solomon
693 East Avenue
Rochester, New York 14607

Dated: February 11, 2010

Dated: February 10, 2010

H:\Crouse\Voluntary Dismissals\Stipulation of Voluntary of Dismissa

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: February 11, 2010
       Syracuse, NY