**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MARIANNE MEYERS, *on behalf of herself and all other employees similarly situated,*

                                        *Plaintiff,*

                    v.

CROUSE HEALTH FOUNDATION, INC., et al.,

                                        *Defendants.*

**NOTICE OF MOTION**

**Civil Action No.**
**No. 08-CV-1221 (DNH/DEP)**

| | |
|---|---|
| **MOTION BY:** | Plaintiffs and Defendants. |
| **RELIEF REQUESTED:** | An order granting preliminary approval of the settlement and Settlement Agreement, attached to the Declaration of Patrick J. Solomon, sworn to May 23, 2013. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 23 Fair Labor Standards Act |
| **SUPPORTING PAPERS:** | Declaration of Patrick J. Solomon, Esq., and the exhibits attached thereto; Declaration of Louis Orbach, Esq., and the exhibits attached thereto; Memorandum of Law in Support of Motion for Preliminary Approval of Settlement; and proposed Preliminary Approval Order |
| **PLACE:** | United States District Court Alexander Pirnie Federal Building 10 Broad Street Utica, NY 13501 |
| **DATE AND TIME:** | June 28, 2013 |

Dated:  May 24, 2013

2154909.1

**BOND, SCHOENECK & KING, PLLC**       **THOMAS & SOLOMON LLP**


*/s/Louis Orbach*                                      */s/ Patrick J. Solomon*
Louis Orbach, Esq.                                   Patrick J. Solomon, Esq.
Bar Roll No. 507815                                Bar Roll No. 2716660
Counsel for Defendants                         Guy A. Talia, Esq.
One Lincoln Center                               Bar Roll No. 2790491
Syracuse, NY 13202                             Thomas & Solomon LLP
Telephone: (315) 218-8000                 Counsel for Plaintiffs
Fax: (315) 218-8100                            693 East Avenue
lorbach@bsk.com                               Rochester, NY 14607
                                                          Telephone:    585.272.0540
                                                          Facsimile:    585.272.0574
                                                          psolomon@theemploymentattorneys.com
                                                          gtalia@theemploymentattorneys.com

2154909.1