UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARIANNE MEYERS, *on behalf of herself and all other employees similarly situated*,

       *Plaintiff*,

  v.

CROUSE HEALTH SYSTEM, INC., et al.,

       *Defendants.*

NOTICE OF MOTION

Civil Action No.
No. 08-CV-1221 (DNH/DEP)

| | |
|---|---|
| **MOTION BY:** | Named Plaintiff. |
| **RELIEF REQUESTED:** | A judgment finally approving the Class and Collective Action Settlement reached by the Parties, an award of service payments for Named Plaintiff and Opt-In Plaintiffs, and an award of attorneys' fees and costs to Thomas & Solomon LLP |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 23<br>Fair Labor Standards Act |
| **SUPPORTING PAPERS:** | Declaration of Patrick J. Solomon, Esq., and the exhibits attached thereto; Declaration of Amanda Myette, and the exhibit attached thereto; Memorandum of Law in Support of Final Approval of Class and Collective Action Settlement, Service Payments to Named Plaintiff and Opt-in Plaintiffs, and for an Award of Fees and costs to Thomas & Solomon LLP; and Proposed Order |
| **PLACE:** | United States District Court<br>Alexander Pirnie Federal Building<br>10 Broad Street<br>Utica, NY 13501 |
| **DATE AND TIME:** | October 21, 2013 at 11:00 am |
| **REPLY PAPERS:** | Pursuant to Local Rule 7.1(b), plaintiff intends to file and serve reply papers if necessary. |

**THOMAS & SOLOMON LLP**

/s/ Patrick J. Solomon
Patrick J. Solomon, Esq.
Bar Roll No. 2716660
Guy A. Talia, Esq.
Bar Roll No. 2790491
Thomas & Solomon LLP
Counsel for Plaintiffs
693 East Avenue
Rochester, NY 14607
Telephone:    585.272.0540
Facsimile:     585.272.0574
psolomon@theemploymentattorneys.com
gtalia@theemploymentattorneys.com